(Official Form 1) (12/02)

| FORM B1 | United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Wallace Crayton** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Diana Crayton** |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>*Diana Townsend-Crayton* |
| Soc. Sec./Tax I.D. No. (if more than one, state all):<br>-5033 | Soc. Sec./Tax I.D. No. (if more than one, state all):<br>-0681 |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>11006 S. Artesian<br>Chicago, IL  60655 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>11006 S. Artesian<br>Chicago, IL  60655 |
| County of Residence or of the<br>Principal Place of Business:  **Cook** | County of Residence or of the<br>Principal Place of Business:  **Cook** |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

Stamp: **Chapter 13W/No Plan**
Stamp: **NO DISKETTE**
Stamp: RECEIVED JUL 06 2004 CLERK U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF ILLINOIS — KENNETH S. GARDNER, CLERK — PUBLIC SERVICE COUNTER

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)
☑ Individual(s)      ☐ Railroad
☐ Corporation        ☐ Stockbroker
☐ Partnership        ☐ Commodity Broker
☐ Other _____    ☐ Clearing Bank

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check on box)
☐ Chapter 7     ☐ Chapter 11     ☑ Chapter 13
☐ Chapter 9     ☐ Chapter 12
☐ Sec. 304 - Case ancillary to foreign proceeding

**Nature of Debts** (Check one box)
☑ Consumer/Non-Business     ☐ Business

**Filing Fee** (Check one box)
☑ Full Filing Fee attached
☐ Filing Fee to be paid in installments (applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Chapter 11 Small Business** (Check all boxes that apply)
☐ Debtor is a small business as defined in 11 U.S.C. § 101
☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Statistical/Administrative Information** (Estimates only)
☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000+ |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☐ | |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million |
|---|---|---|---|---|---|---|---|
| | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million |
|---|---|---|---|---|---|---|---|
| | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

© 1993-2003 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 07/06/2004
Time: 9:32:41
Debtor: WALLACE CRAYTON
Case: 04-25002           Fee : 194
Chapter: 13   Rec. # : 3089122
Judge: Jacqueline Cox
341 mtg: 08/02/2004 @ 01:00PM
ConfHrg: 08/23/2004 @ 10:30AM
Trustee: TOM VAUGHN

1:04BK25002-BK001

(Official Form 1) (12/02) FORM B1, Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Wallace Crayton & Diana Crayton** | |
|---|---|---|
| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
| Location<br>Where Filed: **Northern District Of Illinois** | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

### Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ Wallace Crayton
Signature of Debtor                Wallace Crayton

X /s/ Diana Crayton
Signature of Joint Debtor          Diana Crayton

Telephone Number (If not represented by attorney)

**June 18, 2004**
Date

X /s/ Signature of Attorney

**Signature of Attorney**

X /s/
Signature of Attorney for Debtor(s)

**ROBERT J SEMRAD**
Printed Name of Attorney for Debtor(s)

**Robert J Semrad & Associates 407 S Dearborn Ave**
Firm Name

**Suite 400**
Address

**Chicago, IL 60605**

**(312) 913-0625**
Telephone Number

**June 18, 2004**
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X /s/                                6/18/04
Signature of Attorney for Debtor(s)        Date

**Exhibit C**
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Signature of Non-Attorney Petition Preparer**
I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

WALLACE D CRAYTON
11006 S ARTESIAN AVE
CHICAGO, IL 60655

DIANA C CRAYTON
11006 S ARTESIAN AVE
CHICAGO, IL 60655

The Law Office Of Sammy W Lacey Jr
Attorney At Law
9837 S Prairie Ave
Chicago, IL 60628

AMERICAN EXPRESS CARD
PO BOX 360002
FORT LAUDERDALE, FL 33336-0002

AMERICAN EXPRESS CARD
PO BOX 297804
FORT LAUDERDALE, FL 33329-7804

AMERICAN EXPRESS CARD
CENTURION BANK
PO BOX 297804
FORT LAUDERDALE, FL 33329-7804

BENEFICAL FINANCE
PO BOX 17574
BALTIMORE, MD 21297

BRYLANE HOME
PO 182121
COLUMBUS, OH 43218-2121

BRYLANE HOME
ROMANS
PO 182121
COLUMBUS, OH 43218-2121

BRYLANE HOME
LANE BRYANTS
PO 182121
COLUMBUS, OH 43218-2121

CARSON PIRIE SCOTT
P.O. BOX 17633
BALTIMORE, MD 21297-1633

CHADWICK'S
PO BOX 182746
COLUMBUS, OH 43218-2746

CHICAGO PATROLMEN'S
FEDERAL CREDIT UNION
1359 W. WASHINGTON BLVD.
CHICAGO, IL 60607

CITIBANK
MASTER CARD
PO BOX 6000
THE LAKES, NV 89163

CITIMORTGAGE
P.O. BOX 6003
S HACKENSACK, NJ 07606-6003

DR AMY L. WARSON
10735 S. WESTERN AVE.
CHICAGO, IL 60643

EXXON MOBIL CARD
PO BOX 4555
CAROL STREAM, IL 60197-4555

HARRIS BANK BARRINGTON NA
PO BOX 6201
CAROL STREAM, IL 60197-6210

ILLINOIS DEPARTMENT OF HUMAN
SERVICES
PO BOX 19407
SPRINGFIELD, IL 62794-9407

J.C. PENNEY
PO BOX 960001
ORLANDO, FL 32896-0001

MBNA AMERICA
P.O. BOX 15026
WILMINGTON, DE 19850-5026

OAKLAWN IMAGING CENTER
PO BOX 16290
NEWARK, NJ 07191-6290

PHILLIPS 66 MASTERCARD
CITICARD
PO BOX 6403
THE LAKES, NV 88901-6403

RETAILERS NATIONAL BANK
TARGET VISA
PO BOX 59317
MINNEAPOLIS, MN 55459-0317

RETAILERS NATIONAL BANK
MARSHALL FIELDS
PO BOX 59231
MINNEAPOLIS, MN 55459-0231

# UNITED STATES BANKRUPTCY COURT

## NOTICE TO INDIVIDUAL CONSUMER DEBTOR

The purpose of this notice is to acquaint you with the four chapters of the federal Bankruptcy Code under which you may file a bankruptcy petition. The bankruptcy law is complicated and not easily described. Therefore, you should seek the advice of an attorney to learn of your rights and responsibilities under the law should you decide to file a petition with the court. Neither the judge nor the court's employees may provide you with legal advice.

**Chapter 7: Liquidation ($155 filing fee plus $30 administrative fee plus $15 trustee surcharge)***

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.
2. Under Chapter 7 a trustee takes possession of all your property. You may claim certain of your property as exempt under governing law. The trustee then liquidates the property and uses the proceeds to pay your creditors according to priorities of the Bankruptcy Code.
3. The purpose of filing a Chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankruptcy petition will be defeated.
4. Even if you receive a discharge, there are some debts that are not discharged under the law. Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution, and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs.
5. Under certain circumstances you may keep property that you have purchased subject to a valid security interest. Your attorney can explain the options that are available to you.

**Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($155 filing fee plus $30 administrative fee)***

1. Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time. You are only eligible for Chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.
2. Under Chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings. Usually the period allowed by the court to repay your debts is three years, but not more than five years. Your plan must be approved by the court before it can take effect.
3. Under Chapter 13, unlike Chapter 7, you may keep all your property, both exempt and non-exempt, as long as you continue to make payments under the plan.
4. After completion of payments under your plan, your debts are discharged except alimony and support payments, student loans, certain debts including criminal fines and restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long term secured obligations.

**Chapter 11: Reorganization ($800 filing fee plus $30 administrative fee)***

Chapter 11 is designed primarily for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision for an individual to file a Chapter 11 petition should be reviewed with an attorney.

**Chapter 12: Family Farmer ($200 filing fee plus $30 administrative fee)***

Chapter 12 is designed to permit family farmers to repay their debts over a period of time from future earnings and is in many ways similar to a Chapter 13. The eligibility requirements are restrictive, limiting its use to those who income arises primarily from a family owned farm.

* Fees are subject to change and should be confirmed before filing.

## ACKNOWLEDGEMENT

I, the debtor, affirm that I have read this notice.

_____
Case Number

June 18, 2004   _Wallace Crayton_ (signature)       _Diana Crayton_ (signature)
Date            **Wallace Crayton**  Debtor         **Diana Crayton**  Joint Debtor, if any

INSTRUCTIONS: If the debtor is an individual, a copy of this notice personally signed by the debtor must accompany any bankruptcy petition filed with the Clerk. If filed by joint debtors, the notice must be personally signed by each. Failure to comply may result in the petition not being accepted for filing.

NOTICE TO INDIVIDUAL CONSUMER DEBTOR