```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 25002
    WALLACE CRAYTON
    DIANA CRAYTON                               CHAPTER 13

                                                JUDGE: JACQUELINE P COX

            Debtor
    SSN XXX-XX-5033     SSN XXX-XX-0681

--------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 07/06/2004 and was confirmed 11/15/2004.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  89.19% from remaining funds.

    The case was paid in full 04/07/2008.
--------------------------------------------------------------------------
CREDITOR NAME                CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------
CHICAGO PATROLMENS C U    SECURED         12000.00         402.83        12000.00
CHICAGO PATROLMENS C U    UNSECURED      NOT FILED            .00             .00
CITIMORTGAGE INC          CURRENT MORTG        .00            .00             .00
HARRIS BANK               SECURED          3000.00         100.70         3000.00
HARRIS BANK               UNSECURED        1088.38            .00          970.68
INTERNAL REVENUE SERVICE  PRIORITY       NOT FILED            .00             .00
AMERICAN EEXPRESS         UNSECURED      NOT FILED            .00             .00
AMERICAN EXPRESS TRAVEL   UNSECURED        5990.11            .00         5342.34
AMERICAN EXPRESS TRAVEL   UNSECURED        2633.41            .00         2348.63
AMERICAN EXPRESS TRAVEL   UNSECURED       18883.45            .00        16841.39
AMERICAN EXPRESS TRAVEL   UNSECURED        1551.12            .00         1383.38
ECAST SETTLEMENT CORP     UNSECURED       13730.95            .00        12246.09
WORLD FINANCIAL NETWORK   UNSECURED         297.48            .00          265.31
WORLD FINANCIAL NETWORK   UNSECURED         643.39            .00          573.81
WORLD FINANCIAL NETWORK   UNSECURED OTH    822.35            .00          733.21
SMC                       UNSECURED        1237.98            .00         1104.10
WORLD FINANCIAL NETWORK   UNSECURED        1090.30            .00          972.39
CITIBANK                  UNSECURED      NOT FILED            .00             .00
DR AMY L WARSON DC        UNSECURED      NOT FILED            .00             .00
EXXON MOBIL               UNSECURED      NOT FILED            .00             .00
JC PENNEY                 UNSECURED      NOT FILED            .00             .00
ECAST SETTLEMENT CORP     UNSECURED       10948.81            .00         9764.81
OAKLAWN IMAGING CENTER    UNSECURED      NOT FILED            .00             .00
ECAST SETTLEMENT CORP     UNSECURED        1056.35            .00          942.12
ROUNDUP FUNDING LLC       UNSECURED        2472.50            .00         2205.12
RETAILERS NATIONAL BANK   UNSECURED      NOT FILED            .00             .00
CITIMORTGAGE INC          SECURED NOT I       .00            .00             .00
SHERMAN ACQUISITION       UNSECURED         279.42            .00          249.20
ILLINOIS DEPT PUBLIC AID  UNSECURED        4914.75            .00         4383.27
WORLD FINANCIAL NETWORK   UNSECURED         271.24            .00          241.91
ISAC                      FILED LATE          .00            .00             .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY      500.00                          500.00

                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 25002 WALLACE CRAYTON & DIANA CRAYTON
```

```
TOM VAUGHN               TRUSTEE                                  4,618.71
DEBTOR REFUND            REFUND                                     450.80

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                       RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                81,640.80

PRIORITY                                           .00
SECURED                                      15,000.00
    INTEREST                                    503.53
UNSECURED                                    60,567.76
ADMINISTRATIVE                                  500.00
TRUSTEE COMPENSATION                          4,618.71
DEBTOR REFUND                                   450.80
                       ---------------     ---------------
TOTALS                 81,640.80             81,640.80
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 07/28/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE